AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JORGE ANTONIO ESTRADA | ) | 6:25-mj-232 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 19, 2025_____ in the county of _____Lane_____ in the
_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms and Ammunition |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

/s/ Wayne Driscoll By Phone
_____
*Complainant's signature*

Wayne Driscoll, Special Agent, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 8:45_____ a.m.

*Andrew Hallman*
_____
*Judge's signature*

Date: August 20, 2025

City and state:                Eugene, Oregon                Andrew D. Hallman, United States Magistrate Judge
_____
*Printed name and title*