FILED 14 MAY '26 11:44 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:26-cr- 00159-MC |
| v. | INDICTMENT |
| JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE, and XAVIER ORLANDO HAYES PENDERGRASS, | 18 U.S.C. §§ 922(a)(6), 924(a)(2) 18 U.S.C. § 371 18 U.S.C. § 2 Forfeiture Allegations |
| Defendants. | UNDER SEAL |

## THE GRAND JURY CHARGES:

### Purpose of Conspiracy

1. Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** and others known and unknown to the grand jury conspired to unlawfully purchase, transfer, and transport firearms on behalf of other individuals, with the ultimate destination of the firearms being provided to others including to individuals in Mexico.

### The Means and Methods of the Conspiracy

2. The means and methods employed by Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER**

Indictment                                                                 Page 1

**ORLANDO HAYES PENDERGRASS** to carry out the conspiracy and effect its unlawful objects are as follows:

3.    It was part of the conspiracy that Defendant **JORGE ANTONIO ESTRADA**, a convicted felon precluded from possessing a firearm, directed **ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** to purchase firearms from online brokers.  The firearms included multiple pistols, semiautomatic rifles, and 50 caliber semi-automatic rifles.

4.    It was a further part of the conspiracy that Defendant **JORGE ANTONIO ESTRADA** would wire funds to **ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** to purchase these firearms.

5.    It was a further part of the conspiracy that **ADRIAN NATHANIEL SOSA** and **JENNAZE LEE MCPHIE** would coordinate the purchase of these firearms from online brokers and take possession of them through Federally Licensed Firearm Dealer (FLFD) located in Oregon, making false statements and representations on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record with each purchase stating that they was the actual transferee/buyer of the firearms to deceive the dealer of firearms to the lawfulness of such sale, when in truth, the firearms were intended to be provided to **JORGE ANTONIO ESTRADA** and other individuals, including to people in Mexico.

6.    It was a further part of the conspiracy that, in purchasing the firearms, Defendant **JORGE ANTONIO ESTRADA** would pay **ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE** a commission for each firearm purchase.

7.    It was a further part of the conspiracy that, following each firearm purchase, that Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE**

**Indictment**                                                                                           **Page 2**

**LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** would transfer possession of the firearms to **JORGE ANTONIO ESTRADA** or co-conspirators by transporting the firearms to a location outside of the District of Oregon. An FN SCAR 17S, 7.62mm, semiautomatic rifle purchased in furtherance of the conspiracy on December 2, 2023, was recovered in Culiacan, Sinaloa Mexico, on January 12, 2025.

### Overt Acts

8.    In furtherance of the conspiracy, one or more of the Defendants and/or co-conspirators committed, or caused to be committed, the overt acts described in Counts 2 through 16.

### COUNT 1
### (Conspiracy to Make False Statements in Connection with Acquisition of Firearm)
### (18 U.S.C. §§ 922(a)(6), 924(a)(2), and 371)

Paragraphs 1 to 8 are incorporated by reference.

Beginning on or about December 2022 to October 25, 2024, in the District of Oregon and elsewhere, Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: knowingly making false and fictitious written statements to federally licensed firearms dealers, which statements were intended to deceive the federally licensed firearms dealers as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44, Title 18, United States Code;

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 371.

**Indictment**                                                                                                       **Page 3**

## COUNTS 2 to 8
### (False Statements in Connection with Acquisition of Firearm)
### (18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

Paragraphs 1 to 8 are incorporated by reference.

On or about the dates set forth below, in the District of Oregon, Defendants **JORGE ANTONIO ESTRADA** and **ADRIAN NATHANIEL SOSA** in connection with the acquisition of firearms listed from a Federally Licensed Firearm Dealer (FLFD), of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to the FLFD listed below, which statement was intended to deceive the identified dealer of firearms as to a fact material to the lawfulness of such sale of said firearms to the co-conspirator under Chapter 44 of Title 18, United States Code; to wit: **ADRIAN NATHANIEL SOSA** represented on a  Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of said firearms when, he knew he was in fact not;

| Count | Date | Licensed Dealer, Location | Firearm(s) |
|---|---|---|---|
| 2 | 12/23/2022 | FLFD 1 Eugene, OR | Glock 19x Pistol |
| 3 | 10/23/2022 | FLFD1 Eugene OR | Glock 19x Pistol |
| 4 | 11/6/2023 | FLFD 1 Eugene, OR | Colt Model 1911 Government .45 ACP |
| 5 | 11/22/2023 | FLFD 1 Eugene, OR | FN SCAR17S |
| 6 | 12/2/2023 | FLFD 1 Eugene, OR | FN SCAR17S |
| 7 | 3/26/2024 | FLFD 1 Eugene, OR | Ohio Ordnance M2-SLR .50 BMG |
| 8 | 10/25/2024 | FLFD 1 Eugene, OR | Beretta M9A4 |

Indictment                                                                              **Page 4**

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS 9 to 16**
**(False Statements in Connection with Acquisition of Firearm)**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)**

Paragraphs 1 to 8 are incorporated by reference.

On or about the dates set forth below, in the District of Oregon, Defendants **JORGE ANTONIO ESTRADA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** in connection with the acquisition of firearms listed from a Federally Licensed Firearm Dealer (FLFD), of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to the FLFD listed below, which statement was intended to deceive the identified dealer of firearms as to a fact material to the lawfulness of such sale of said firearms to **JENNAZE LEE MCPHIE** under Chapter 44 of Title 18, United States Code; to wit: **JENNAZE LEE MCPHIE** represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, that she was the actual transferee/buyer of said firearms when, she knew she was in fact not;

| Count | Date | Licensed Dealer, Location | Firearm(s) |
|---|---|---|---|
| 9 | 5/17/2023 | FLFD 2 Eugene, OR | Ruger AR55619x Pistol |
| 10 | 5/22/2023 | FLFD 2 Eugene, OR | Glock 19 |
| 11 | 10/30/2023 | FLFD 2 Eugene, OR | Glock 19x |
| 12 | 11/2/2023 | FLFD 2 Eugene, OR | ROMARM Micro Draco |
| 13 | 11/2/2023 | FLFD 2 Eugene, OR | ROMARM Micro Draco |
| 14 | 11/21/2023 | FLFD 2 Eugene, OR | FN SCAR17S .308 Win |

**Indictment**

| 15 | 12/1/2023 | FLFD 2 Eugene, OR | FN SCAR17S .308 Win |
| 16 | 10/24/2024 | FLFD 2 Eugene, OR | Beretta M9A4 |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 17
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about August 19, 2025, in the District of Oregon, defendant **JORGE ANTONIO ESTRADA** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Assault with Deadly Weapon: Not Firearm, on or about November 28, 2011 in the Superior Court of California, County of Los Angeles Case No. XCNBA384831, did knowingly and unlawfully possess the following firearms: two Berretta M9A4, 9 mm caliber pistols, which firearms had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FIRST FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 17 of this Indictment, Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following:

All firearms identified in counts 2 through 16 above.

If any of the above-described forfeitable property, as a result of any act or omission of the

**Indictment**                                                                                     **Page 6**

defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above, including but not limited to the following:

### SECOND FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 and 17 of this Indictment, the Defendants **JORGE ANTONIO ESTRADA, ADRIAN NATHANIEL SOSA, JENNAZE LEE MCPHIE,** and **XAVIER ORLANDO HAYES PENDERGRASS** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 any property real or personal, which constitutes or is derived from proceeds traceable to the violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

**Indictment**                                                                                              **Page 7**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: May __14__, 2026                    A TRUE BILL.

                                            ████████████████████████

                                            OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JOSEPH H. HUYNH, DC #495403
Assistant United States Attorney

**Indictment**                                            **Page 8**